JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT ANDREW WOLTER, <br><br> Plaintiff, <br><br> v. <br><br> METROPOLITAN DETENTION CENTER LOS ANGELES, <br><br> Defendant. | Case No. 2:23-cv-03207-SSS (JDE) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), **IT IS HEREBY ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE.**

Dated: June 9, 2023

_____
SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE